*A. Provost* for the United States.

No. 492. BELMONT IRON WORKS *v.* PACIFIC COAST DIRECT LINE, INC. November 15, 1937. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Ernie Adamson* and *Julius L. Goldstein* for petitioner. *Messrs. John W. Van Gordon* and *Aaron U. Homnick* for respondent.

No. 493. TYRRELL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. L. J. Benckenstein* and *W. A. Bolinger* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Ellis N. Slack* for respondent.

No. 494. ATLANTIC PIPE LINE Co. *v.* BROWN COUNTY ET AL. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Harry C. Weeks, Charles I. Francis,* and *Thomas R. Freeman* for petitioner. *Messrs. William McCraw* and *H. Grady Chandler* for respondents.

No. 496. TEXAS *v.* ANDERSON, CLAYTON & Co. ET AL. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William McCraw, William Madden Hill,* and *A. L. Reed* for petitioner. No appearance for respondents.